UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WRIGHT, | 1:13-cv-01822-GSA-PC |
| Plaintiff, | ORDER ADDRESSING ATTORNEY APPEARANCE |
| vs. | ORDER FOR CLERK TO REFLECT PLAINTIFF'S PRO PER STATUS ON COURT RECORD |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

**I.  BACKGROUND**

This is a civil action filed by Donald Wright ("Plaintiff"), a state prisoner proceeding pro se.  The initial Complaint was filed by Plaintiff on November 12, 2013.  (Doc. 1.)

On May 6, 2014, Attorney Benjamin Laurence Pavone, Esq., filed a notice of intent to dismiss this case, on Plaintiff's behalf.  (Doc. 7.)

**II.  SUBSTITUTION OF ATTORNEYS**

Attorney Pavone indicates that he awaits a substitution of attorney form.  The court does not require a particular form to substitute attorneys and does not have an official form available.

///

///

///

1

Plaintiff is presently proceeding in propria persona.[1]  In the event that Plaintiff seeks to substitute an attorney in place of himself as attorney of record, Plaintiff must submit a substitution of attorneys document to the Court, setting forth the full name and address of the new attorney, and signed by Plaintiff (as the withdrawing attorney and client) and the new attorney.  Local Rule 182(g).  "All substitutions of attorneys shall require the approval of the Court, and the words **'IT IS SO ORDERED'** with spaces designated for the date and signature of the Judge affixed at the end of each substitution of attorneys." Id.

Until a substitution of attorneys is granted by the Court, and in the event that Plaintiff intends to retain his in propria persona status and continue representing himself, his address of record shall reflect his address of residence.  There is no Federal Rule of Civil Procedure or Local Rule allowing service of Court and other legal documentation at an address other than a pro se litigant's actual address.  Local Rule 131, Local Rule 182(f), and Local Rule 183(b) require pro se litigants to inform the Court of their addresses and to keep the Court informed of any change in their addresses.

**III.   CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. This order addresses the appearance of Attorney Benjamin Laurence Pavone in this case;

2. The Clerk of Court is DIRECTED to:

   (1) Reflect Plaintiff's status as a pro per litigant on the court's docket;

   (2) Reflect Plaintiff's address of record as:

   > Donald Wright
   > T-25484
   > California Medical Facility
   > P.O. Box 2500
   > Vacaville, California  95696

   and

---

[1] A litigant proceeding in propria persona, or pro se, is one who represents himself in a court proceeding without the assistance of a lawyer.  Black's Law Dictionary, 1256, 1258 (8th ed. 2004).

(3) Serve a copy of this order on:

>Benjamin Laurence Pavone, Esq.
>Pavone & Fonner
>7676 Hazard Center Dr., 5th Floor
>San Diego, CA  92108

IT IS SO ORDERED.

Dated:   **May 8, 2014**                              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE