UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WRIGHT,<br><br>        Plaintiff,<br><br>    vs.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>        Defendants. | 1:13-cv-1822-AWI-GSA-PC<br><br>ORDER APPROVING SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF DONALD WRIGHT<br>(Doc. 11.) |

Donald Wright ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On September 18, 2014, a stipulation for substitution of attorneys for Plaintiff was filed with the court containing the signatures of Plaintiff and the incoming attorney of record. (Doc. 11.) After consideration of the stipulation, the court hereby approves and orders the substitution of attorneys as set forth.

Accordingly, IT IS HEREBY ORDERED that the stipulation for substitution of attorney Benjamin Pavone, Esq. in place and stead of Plaintiff, filed on September 18, 2014, is APPROVED as set forth.

IT IS SO ORDERED.

Dated:   September 26, 2014                                    _____
                                                                                    SENIOR  DISTRICT  JUDGE